KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MOHAMMED N. SIDDIQUI, M.D.;<br>MOHAMMED N. SIDDIQUI, APC;<br>and DOES 1 through 20, inclusive,<br><br>　　　　　　　　Defendants. | No. 17-CV-01713-JAM-AC<br><br>**ORDER TO CONTINUE HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS** |

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order that Aspen's Motion for Judgment on the Pleadings set for December 5, 2017 at 1:30 p.m. in Courtroom 6, is continued to January 30, 2018 at 1:30 p.m. in Courtroom 6, and Plaintiff's Reply Brief will be due not less than seven (7) days prior to the date of the continued hearing of January 30, 2018.

**IT IS SO ORDERED**.

DATED: November 28, 2017　　　　By: **/s/ JOHN A. MENDEZ**
　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -