KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMMED N. SIDDIQUI, M.D.;<br>MOHAMMED N. SIDDIQUI, APC;<br>and DOES 1 through 20, inclusive,<br><br>　　　　　　　　Defendants. | No. 17-CV-01713-JAM-AC<br><br>**ORDER TO FILE FIRST AMENDED COMPLAINT** |

　　The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order granting plaintiff Aspen Specialty Insurance Company leave to file the First Amended Complaint attached to the stipulation at Docket 18.

　　**IT IS SO ORDERED**.

DATED:　1/11/2018

/s/ John A. Mendez
_____
Honorable John A. Mendez
United States District Court Judge

- 1 -

ORDER