KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CA 95814

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>MOHAMMED N. SIDDIQUI, M.D.;<br>MOHAMMED N. SIDDIQUI, APC;<br>and DOES 1 through 20, inclusive,<br><br>     Defendants. | No. 17-CV-01713-JAM-AC<br><br>[~~PROPOSED~~] ORDER TO REDACT EXHIBITS TO FIRST AMENDED COMPLAINT |

Pursuant to FRCP 5.2 and Local Rule 140, Plaintiff Aspen Specialty Insurance Company, by and through their respective attorney of record, requests redaction of personal identifiers in the First Amended Complaint's exhibits, docket #21, filed on January 12, 2018.

It is requested that consistent with Local Rule 140, the following information be redacted from Aspen's Insurance Application, Exhibit "A" and Aspen's Insurance Application, Exhibit "C" to the First Amended Complaint:

  1.  Defendant Mohammed N. Siddiqui, M.D.'s date of birth on page 52, Exhibit "A; and

  2.  Defendant Mohammed N. Siddiqui, M.D.'s date of birth on page 106, Exhibit

"C."

**IT IS SO ORDERED.**

DATED: 1-17-2018          By: _____
Honorable John A. Mendez
United States District Judge